AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: ham@ashrlaw.com
D. Lamar Hawkins – 013251
Heather A. Macre - 026625
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PROSOLUTIONS L.L.C.,<br><br>                Debtor.<br><br>Address:   PO Box 11036<br>                    Scottsdale, AZ 85271-1036<br><br>Taxpayer ID No(s).: xx-xxx9642 | Chapter 11 Proceedings<br><br>Case No. 2:16-bk-08653-MCW<br><br>**MOTION FOR EXPEDITED HEARING RE:**<br><br>**(A) PROSOLUTION L.L.C.'S MOTION FOR AN ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION;**<br><br>**(B) PROSOLUTION L.L.C.'S EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL;**<br><br>**AND**<br><br>**REQUEST THAT ALL HEARINGS BE HELD BEFORE THE HONORABLE MADELEINE C. WANSLEE** |

      PROSOLUTIONS L.L.C., debtor and debtor-in-possession herein ("Prosolutions"), by and through its attorneys, Aiken Schenk Hawkins & Ricciardi P.C., hereby moves this Court for an expedited hearing on **(A)** Prosolutions' Motion for an Order Authorizing and Directing (1) Joint Administration; (2) Transfer of Assignment of Cases to One Judge; and (3) Use of a Consolidated Caption; and **(B)** Prosolutions' Emergency Motion For Authorization To Use Cash Collateral. This Motion is based upon the following:

1

599896.1

1. Prosolutions filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 28, 2016.

2. Ruben Diaz ("Diaz") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 28, 2016.

3. Prosolutions and Diaz shall be referred to collectively herein as the "Debtors."

4. In the interest of judicial economy, and because their businesses are operated and managed by the same individual, the Debtors are simultaneously filing a motion to have these cases jointly administered and motions for authorization to use cash collateral. The Debtors request that the hearings regarding their cash collateral issues be held at the same time as the motion on joint administration so that the judge assigned to the jointly administered cases can be fully informed and decide on all of the Debtors' motions.

5. It is critical for the Debtors to continue operating and maintaining their businesses in order to preserve their value. Specifically, Prosolutions needs to use the rental income generated from his residential real properties to maintain their values.

6. Americapital and First Trust Company of Onaga Custodian for Lynn Hoebing (jointly the "Banks") may claim a security interest in the Rental Properties. In its cash collateral motion, Prosolutions has provided Budgets for its rental properties and proposes to use the rent proceeds to reinvest in the properties.

7. The Debtors request this Court hold a hearing on an emergency basis and grant the motion for joint administration.

8. The Debtors also request this Court hold a hearing regarding their use of alleged cash collateral for an interim period in accordance with their proposed Budgets.

WHEREFORE, the Debtors respectfully pray that this Court:

A. Hold an expedited hearing on Prosolutions' Motion for an Order Authorizing and Directing (1) Joint Administration; (2) Transfer of Assignment of Cases to One Judge; and (3) Use of a Consolidated Caption;

B. Hold an expedited hearing on Prosolutions' Emergency Motion for Authorization to Use Cash Collateral at the same time as the hearing on joint administration; and

2

C. Grant such other and further relief as the Court deems just.

DATED this 2nd day of August, 2016.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
D. Lamar Hawkins
Heather A. Macre
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016-3479
Attorneys for Debtor

COPY of the foregoing mailed, or served
via electronic notification* or fax** if so marked,
this 2nd day of August, 2016, to:

U.S. TRUSTEE'S OFFICE * ustpregion14.px.ecf@usdoj.gov
Larry Teague* Larry.Teague@usdoj.gov
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

State of Arizona
Office of the Attorney General
Mitchell Allee* Mitchell.Allee@azag.gov
Cherie Howe* Cherie.Howe@azag.gov
1275 W. Washington St.
Phoenix, AZ 85007-2926
*Attorneys for State of Arizona*

Michael G. Helms* mghelms@mghlawfirm.com
Helms Law Group PLC
1302 W. Camelback Rd.
Phoenix, AZ 85013-2107
*Attorneys for Ruben Diaz*

Americapital
7689 E. Paradise Ln., Suite 5
Scottsdale, AZ 85260

First Trust Company of Onaga
FBO Lynn Hoebing
214 W. 9th St.
PO Box 420
Onaga, KS 66521

3