**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee Dina Anderson

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| PROSOLUTIONS L.L.C., | Case No. 2:16-bk-08653-MCW |
| Debtor. | **APPLICATION FOR ORDER REQUIRING EXAMINATION PURSUANT TO FED.R.BANKR.P. 2004, FED.R.CIV.P. 30(b)(6) AND FED.R.CIV.P. 45** |

Dina Anderson, the Chapter 7 Trustee in the above-captioned bankruptcy proceeding ("Trustee"), hereby requests that the Court enter an order requiring the authorized representative of AmeriCapital, LLC ("AmeriCapital"), the purported servicing agent for (i) E.E. Cox L.L.C.; (ii) Douglas J. Kingston, a single man; (iii) First Trust Company of Onaga FBO, Douglas J. Kingston; (iv) Infinity Trust, Kathy Raymond, Trustee; and (v) BDR Investments, LLC to submit to an examination under oath, and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004, Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45. This Application is supported by the attached Memorandum of Points and Authorities.

DATED: February 15, 2017

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On July 28, 2016 ("Petition Date"), Prosolutions, L.L.C. ("Debtor") filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. On September 26, 2016, this Court converted this case to a Chapter 7 proceeding.

3. Dina Anderson is the Trustee appointed in this case.

4. This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334.

5. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, upon motion of any party in interest, the Court may order the examination of any person relating to the acts, conduct or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate.

6. In connection with the administration of the Debtors' estate, the Trustee requests an order requiring AmeriCapital to submit to an examination under oath and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004. To the extent an entity is identified, the Trustee requests authority to notice an examination pursuant to Fed.R.Civ.P. 30(b)(6) and to subpoena documents or witnesses pursuant to Fed.R.Civ.P. 45.

7. The Trustee is informed and believes that AmeriCapital has information regarding non-exempt bankruptcy estate assets and potential claims.

**WHEREFORE,** the Trustee respectfully requests entry of an order requiring AmeriCapital to appear for examination after not less than twenty-eight (28) days' notice or upon agreement of the parties, and to produce documents after not less than twenty-one (21) days' notice or upon agreement of the parties, pursuant to Fed.R.Bankr.P. 2004, Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45, at the time and place as may be specified by Trustee or upon agreement of the parties, at the offices of GUTTILLA MURPHY ANDERSON, P.C., 5415 E. High St., Suite 200, Phoenix, Arizona 85054, and for such other and further relief as this Court deems just and proper.

/ / /

| | |
|---|---|
| 1 | DATED: February 15, 2017 |
| 2 | **GUTTILLA MURPHY ANDERSON, P.C.** |
| 3 | |
| 4 | */s/ Dawn M. Maguire #20368*<br>Dawn M. Maguire<br>Attorneys for Chapter 7 Trustee |
| 5 | |

**E-FILED** on February 15, 2017 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

Dina Anderson
*Chapter 7 Trustee*

D. Lamar Hawkins
Heather A. Macre
AIKEN SCHENK HAWKINS & RICCIARDI, P.C.
2390 East Camelback Rd., Suite 400
Phoenix, AZ 85016-3479
dlh@ashrlaw.com
ham@ashrlaw.com
*Attorneys for Debtor*

Adam E. Hauf
HAUF LAW PLC
4225 W. Glendale, Ste A104
Phoenix, AZ 85051
adam@hauflaw.com
admin@hauflaw.com
*Attorneys for AmeriCapital, LLC,*
*as servicing agent for the following:*
*EE. Cox L.L.C.; Douglas J. Kingston, a single man;*
*First Trust Company of Onaga FBO, Douglas J. Kingston;*
*Infinity Trust, Kathy Raymond, Trustee; and*
*BDR Investments, LLC*

Mark Brnovich
Attorney General
Mitchell Allee
Valerie Marciano
Assistant Attorneys General
Office of The Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Mitchell.Allee@azag.gov
Valerie.marciano@azag.gov
*Attorneys for the State of Arizona*

/ / /

| | |
|---|---|
| 1 | **COPY** mailed the same date via U.S. Mail to: |
| 2 | Jennifer Giaimo |
| | Office of the U.S. Trustee |
| 3 | 230 N. First Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 4 | |
| | Prosolutions, L.L.C. |
| 5 | P.O. Box 11036 |
| | Scottsdale, AZ 85271-1036 |
| 6 | *Debtor* |
| 7 | Michael G. Helms |
| | HELMS LAW GROUP, PLC |
| 8 | 1302 W. Camelback Rd. |
| | Phoenix, Arizona 85013 |
| 9 | *Attorneys for Prosolutions, LLC* |
| 10 | |
| | */s/ Monica Baca* |
| 11 | |