# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PROSOLUTIONS L.L.C., | Case No. 2:16-bk-08653-MCW |
| Debtor. | **ORDER REQUIRING EXAMINATION PURSUANT TO FED.R.BANKR.P. 2004, FED.R.CIV.P. 30(b)(6) AND FED.R.CIV.P. 45** |

This Court having considered the Chapter 7 Trustee's ("Trustee") *Application for Order Requiring Examination Pursuant to Fed.R.Bankr.P. 2004, Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45,* and good cause appearing,

**IT IS HEREBY ORDERED** directing authorized representative of AmeriCapital, LLC ("AmeriCapital"), the purported servicing agent for (i) E.E. Cox L.L.C.; (ii) Douglas J. Kingston, a single man; (iii) First Trust Company of Onaga FBO, Douglas J. Kingston; (iv) Infinity Trust, Kathy Raymond, Trustee; and (v) BDR Investments, LLC, to appear at the offices of GUTTILLA MURPHY ANDERSON, P.C., 5415 E. High St., Suite 200, Phoenix, Arizona 85054 at the time set forth in any Notice of Deposition and/or Subpoena Duces Tecum served upon AmeriCapital, by the Trustee, and to then and there answer each and every question the Trustee may propound and to produce any document that the Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004, Fed.R.Civ.P 30(b)(6) and Fed.R.Civ.P 45.

**IT IS FURTHER ORDERED** that the examination will be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than twenty-eight (28) days' notice. The subpoena or request for production of documents will be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than twenty-one (21) days' notice.

**DATED AND SIGNED ABOVE**